1 HOOTAN TROY FARAHMAND (SBN: 230345)
3575 Cahuenga Bl. West, Ste. 580
2 Los Angeles, CA 90068
Telephone: (310) 560-0606
3 Facsimile: (310) 829-0225
Email: htflaw@aol.com
4 Email: Attorneys for Plaintiff STAR FABRICS, INC.

5 BLEAU FOX, A P.L.C.
3575 Cahuenga Bl. West, Ste. 580
6 Los Angeles, CA 90068
Telephone: (323) 874-8613
7 Facsimile: (323) 874-1234
Attorneys for Plaintiff STAR FABRICS, INC.
8

Priority ___
Send ___
Enter ___
Closed ___
JS-5/JS-6 ✓
JS-2/JS-3 ___
Scan Only ___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>OJA ENTERPRISE, INC. d/b/a SOPHIA a California Corporation; JEONG HWAN KIM an Individual; SIMON PROPERTY GROUP, INC d/b/a Ontario Mills Limited Partnership, a Business Entity of Form Unknown; A'GACI, LLC, a Business Entity of Form Unknown; AGGIE FASHION, a Business Entity of Form Unknown; COLON MANUFACTURING a Business Entity of Form Unknown; MAKE ME CHIC, a Business Entity of Form Unknown; AMANDA VINCI, INC, a New York Corporation; TEENTEEZ, INC. d/b/a HOT AND DELICIOUS, a California Corporation;LOLLOL USA, INC., a California Corporation; and DOES 1 through 10,<br>Defendants. | Case No. 11-CV-08867-RGK-E<br><br>[PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST DEFENDANTS OJA ENTERPRISE, INC. d/b/a SOPHIA ~~& JEONG HWAN KIM an Individual~~ |

[PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT

1    Plaintiffs Star Fabrics, Inc. ("Star"), having commenced this action on or
2    about October 26, 2011 (the "Action") for Copyright infringement and other relief
3    against Defendants OJA Enterprise, Inc. ("OJA") and Jeong Hwan Kim ("Kim"),
4    pursuant to the Copyright Act, 17 U.S.C. §501, *et seq.*, for the reason that OJA ~~&~~
5    ~~Kim have~~ *has* engaged in distributing, offering for sale and/or selling infringing
6    products which Star has identified in its Complaint as infringing the Star
7    Copyrights identified in its Complaint (hereinafter the "Subject Designs"); Star
8    having filed for entry of default and default entered for OJA Enterprises, Inc. on
9    November 30, 2011 and ~~Jeogn~~ *Jeong* Hwan Kim on December 2, 2011 for failure to plead
10   or otherwise defend in the Action; and Star having filed on or about May 21, 2012 a
11   Motion for Default Judgment against OJA & Kim, seeking statutory damaged,
12   attorneys' fees and costs and the entry of a permanent injunction.

13   **IT IS HEREBY [PROPOSED] ORDERED**
14   A default judgment in the amount of  $ 15,000  against Defendant
15   OJA and in favor of Plaintiff Star.

17   ~~A default judgment in the amount of~~  $ _____  ~~against Defendant~~
18   ~~KIM and in favor of Plaintiff St~~ar.

20   [PROPOSED] ORDERED, an additional amount of $ 1,500  for
21   attorney fees and ~~$~~_____ ~~in~~ cost against Defendant OJA ~~& Kim~~ and in favor of
22   Plaintiff Star, *the amount to be determined by*
23   *application to the Clerk of the Court*

24   [PROPOSED] ORDERED, OJA ~~& Kim~~ and its corporate parents,
25   subsidiaries, directors, officers, agents, servants, employees, representatives,
26   confederates, and affiliates and any other persons or entities acting in concert or
27   participation with them, are permanently enjoined and restrained from:
28

[PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT

1. Using the Star Copyrights or any substantially similar reproduction, copy or colorable imitation of the Star Copyrights in connection with the manufacture, importation, exportation, trans-shipment, distribution, advertising, promotion, offer for sale and/or sale of apparel or other items that are not the genuine products of Star, or in any manner likely to cause purchasers or prospective purchasers to believe that the Infringing Products are connected with Star, or Star genuine products; and

2. Passing off, inducing, or enabling others to sell or pass off any apparel or other items that are not Star genuine products as and for Star genuine products; and

3. Committing any other acts calculated to cause purchasers or prospective purchasers to believe the Infringing Products are Star genuine products; and

4. Importing, exporting, manufacturing, shipping, delivering, holding for sale, offering for sale, selling, distributing, returning, transferring and/or otherwise moving or disposing of in any manner apparel or other items falsely bearing one or more of Star's Copyrights, or any reproduction, copy, or colorable imitation of same; and

5. Making any representations, orally or in writing, to any member or segment of the public or the business or financial community that they are authorized, licensed or otherwise permitted by Star to import, export, ship, deliver, distribute, offer for sale or sell Star genuine products; and

6. Assisting, aiding, or abetting any other person or business entity, in engaging in or performing any of the activities referred to in the above subparagraphs (1) through (5); and it is further

[PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT

1  **ORDERED**, that this Court has jurisdiction over the parties, and the subject
2  matter of the Action. This Court shall retain jurisdiction to the extent necessary to
3  enforce this Injunction; and it is further
4
5  **SO ORDERED.**
6
7  Dated: 06-04-2012            By: _____
8                                    Honorable R. Gary Kausner
                                      United States District Court Judge
9
10  Submitted by:
11
12  By:   /s/ H. Troy Farahmand
13      H. Troy Farahmand
14      **Attorneys for Plaintiffs**
         **STAR FABRICS, INC.**
15
16
17
18
19
20
21
22
23
24
25
26
27
28

[PROPOSED] ENTRY OF FINAL JUDGMENT AGAINST DEFENDANT